AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Marvin Bryant<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20mj29<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 20, 2020,** in the county of **Chesterfield** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2241(c) | Aggravated Sexual Battery: the defendant did, cross state lines with the intent to engage in a sexual act with a person who has not attained the age of 12 in violation of Title 18 United States Code, Section 2241(c) |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Samuel E. Fishel

_____
*Complainant's signature*

Cedric Jefferson Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/21/2020

City and state: Richmond, VA

/s/
Roderick C. Young
United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cedric Jefferson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed by the FBI since January 2015. I am currently assigned to the Richmond Field Office, Richmond, Virginia. I am assigned to the Child Exploitation Task Force that conducts investigations pertaining to child sex trafficking, child pornography, and child abductions. As part of my duties, I have received training regarding the investigation of various federal crimes including, but not limited to, child exploitation, complex financial crimes, civil rights and public corruption. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including conducting arrests and the execution of federal search warrants and seizures. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2. I am thus an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2241 involving child exploitation offenses.

3. The statements in this affidavit are based in part on your affiant's investigation of this matter and on information provided by other law enforcement agents. I make this affidavit in support of a criminal complaint charging the following individuals, JOSEPH MARVIN BRYANT, with Aggravated Sexual Abuse With Children, in violation of 18 U.S.C. § 2241(c).

4. This affidavit is being submitted for the limited purpose to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my

knowledge about this investigation. I have set forth facts that I believe are sufficient to charge BRYANT with the criminal conduct set forth herein.

## RELEVANT STATUTORY PROVISIONS

5. **Aggravated Sexual Abuse With Children**: 18 U.S.C. § 2241(c) provides that whoever crosses a State line with intent to engage in a sexual act with a person who has not attained the age of 12 years, or attempts to do so, shall be fined under this title and imprisoned for not less than 30 years or for life.

## PROBABLE CAUSE

6. The FBI Richmond Division's Child Exploitation Task Force located in Virginia conducted an undercover operation targeting subjects willing to travel in order to engage in sexual conduct with a minor. During the operation, online covert employees (OCE's) used a covert social media account to pose as an adult intermediary who had access to a female minor. The OCE posted a profile on an online platform and subsequently responded to subjects who indicated a desire to meet with the female minor.

7. An OCE posted an undercover (UC) profile on "Alt.com." Alt.com is a network for members interested in alternative forms of sexual relationships and friendship. Users can bond over fetishes, kinks, and BDSM (Bondage, Discipline, Sadism, and Masochism), as well as explore the site's large stockpile of sexual videos, articles, and other content. The UC profile noted that the user was an adult female from Chesterfield, Virginia. It also included a list of kinks to include "Adult Breastfeeding", "Daddy/babygirl", "mom/son", "young/old," "Mommy/Daddy play" and "taboo family". On January 16th, 2020, an individual utilizing the user name "master_joe_2000" contacted the OCE through the UC profile, "Becca", on Alt.com and exchanged the following messages:

> master_joe_2000: , "Have you ever been owned?"
> Becca: "I havent"
> master_joe_2000: "But you want to be?"
> Becca: "I'm more into taboo family play"
> master_joe_2000 "Nice" and "What do you enjoy
> Becca: "Being a mommy to my family"
> master_joe_2000: "Such as?"
> Becca: "I do t want to go into detail on here. I'm sure you can use your imagination"
> master_joe_2000: "Do you have any kids?"
> Becca: "I have a daughter".
> master_joe: "Mmmmmm" "Wickr or whatsapp both are highly secure"
> Becca: "What's your name on whatsapp"
> master_joe_2000: "Try my phone number, 7174484343"

"Master_joe_2000"'s profile stated that he was a 60 year-old male with a date of birth of February 14th, 1959 who is in the Washington D.C./Virginia area.

8.   On January 16th, 2020 the OCE went on Whatsapp and wrote a message to the number provided by "master_joe_2000". The following exchange occurred:

> Becca: "So do I call you joe, master or master joe?"
> master_joe : "Joe or sir, unless you become mine."
> master_joe: "How old is your girl?"
> Becca: "She's 10",
> master_joe: "A good mother makes sure her child gets all the knowledge and training she needs."

Later in the conversation, the OCE stated that two years ago she walked in on her boyfriend at the time and her daughter and it turned her on. Joe asked if the daughter was receptive and asked if her boyfriend had taken her far. The two then had the following exchange:

> Becca: "She is" and "If she didn't enjoy it we wouldn't be doing it"
> master_joe: "Wonderful."
> Becca: "Oral and fingering but no vaginal or anal sex"
> master_joe: "Hymen still intact?"
> Becca: "It is"
> master_joe: "Mmmmm"

>master_joe:"You and her interested in living in dc?"

Joe then explained that the house would come with the deal of the OCE being his. The two then continued with the following exchange:

>master_joe: "She like having her pussy eaten?"
>Becca: "She loves it" and "She loves eating it too".
>master_joe: I would love to watch that

9. On January 17th, 2020, Joe exchanged the following chats with the OCE persona

>master_joe: "Obviously, if a vanilla was there, she is a kid." and "We have to protect the secret."
>Becca:"Oh ok"
>master_joe: "When just her, you, and I she would fully participate".
>Becca: "My ex played with her by himself sometimes. Is that something you'd like too?"
>master_joe: "Yes".
>master_joe: "I want you to position my cock at her cunt, especially the first time, and make it clear to her that it's her responsibility to take it." and "Same for her ass."
>Becca:"How would you punish us?"
>master_joe: "Belt, paddle, canes, crops, floggers, corner time, or many many other ways."
>Becca:"Oh wow You're really experienced"
>master_joe: "I've owned and trained slaves for over forty years." and "Never a pair like you, though it's been a goal."

10. On January 18th, 2020, Joe and the OCE persona "Becca" exchanged the following chats:

>Becca:"Do you chat on your phone or computer?"
>Becca: "It's saying online"
>master_joe: "A bit of both." "Computer right now."

Joe later said he owned a MacBook Pro. Later in the conversation, Joe mentioned pornography and sent a link to a text based pornographic story that featured incest, child exploitation and bestiality. Joe and the OCE persona Becca then had the following exchange regarding what Becca had told her daughter about him:

> **Becca:** "She's excited"
> **master_joe:** "What did you tell her
> **Becca:** "She's wanted to have vaginal sex for awhile"
> **master_joe:** "Good. That will be a priority for me." and "And anal."

Later in the conversation, Joe tells the OCE the ten year-old daughter needs an online account and they discuss how to create one. Joe then sends the OCE a link to a video of bestiality after the OCE told Joe bestiality occurred in the text based pornographic story Joe had sent earlier.

11. On January 20th, 2020 Joe mentioned he was in his hotel in Washington, D.C. for work and had the following exchange with OCE persona Becca.

> **master_joe:** "Who knows, in a few years, maybe I'll marry her so it can be in the open."
> **Becca:** "She's 10 now so I would hope you're not bored of us by the time she's legal"
> **master_joe:** "Oh I won't be."
> **master_joe:** "You'll both eventually learn to tend dogs when I order it." "In the cunt, ass, and mouth."
> **Becca:** "Do you have dogs you use for sex?"
> **master_joe:** "Not right now, but I'll get them so they can be raised by you and her, teaching them and you.
> **Becca:** "What did you mean by tend?",
> **master_joe:** "Suck, fuck, ass fuck. Tend their needs."
> **master_joe:** "I go where the work is."
> **master_joe:** "Just left capital one."
> **master_joe:** "Was in pa for a decade before that." Later Joe wrote, "I'm looking at a nice apt in bethesda, 1700 a month."

12. On January 21st, 2020, the OCE told Joe she had created a Kik account for the ten-year old female. Later in the conversation Joe wrote that he was back in Washington, D.C. Joe believed he was speaking Becca on Whatsapp and that he was messaging the ten year-old daughter, Sarah, on KIK. Joe's username on KIK was "Master_Joe_2000". After introductions were made Master Joe and OCE persona, Sarah, exchanged the following chats:

> **master_joe:** "When is your birthday?"

master_joe: "You call me sir."
Sarah: "In August"
master_joe: "So about 10 and a half?"
Sarah: "Yeah".
master_joe: "How long ago were you first touched?"
Sarah: "When I was 7".
master_joe: "And when did you have your first orgasm?"
Sarah: "I'm not sure I know mom gave it to me".
master_joe: "So only the one guy and your mom have touched you?"
Sarah: "Yeah".
master_joe: "But nothing has been in your cunt?"
Sarah: "Moms tongue has"
master_joe: "I mean deep, breaking your hymen?"
Sarah: "?".
master_joe: "I'll be eating your sweet little cunt also." "Your virginity",
Sarah: "No I'm still a virgin"
master_joe: "You won't be when I get my hands on you." "I will take all your holes."
Sarah: "Like my mouth and vagina".
master_joe: "Anyone ever lick or finger your ass?"
Sarah: "No That would hurt".
master_joe: "Yes, both of those. And your ass." "At first a bit." "But I am going to train you to love it."
master_joe: "So tell me what you've done?"
Sarah: "I've sucked dick and eaten pussy". "I've fingered my mom and jerked off her ex".
master_joe: "And you've been eaten."
Sarah: "I have". "I love when I'm eaten".
master_joe: "I'll enjoy licking you, and making other slaves eat you, especially your mom." "Odds are good you'll be sitting on her mouth when I first fuck you."
Sarah: "Have you ever had sex with someone my age"
master_joe: "No".
Sarah: "How old ru"
master_joe: "I'll be 61 in 3 weeks."
Sarah: "Happy birthday!!!!!" and Master Joe replied, "Feb 14".

13.     On January 22nd, 2020 Joe mentioned he had lots of sex toys. Joe and the

OCE persona Becca had the following exchange:

master_joe:   "Most with me all the time."
Becca: "You take them with you when you travel?"
master_joe: "They are in my car."
Becca: "Because you'll never know when you need them?",
master_joe: "Yes, and then they are not in the house for prying eyes."
Becca: "Are you back home then or still in dc?"

>  master_joe: "In DC during the week, and this weekend."

14. On January 23rd, 2020 Master Joe exchanged the following chats with OCE persona Sarah:

> master_joe: "And I'll pound you hard.",
> Sarah: "What do u mean?"
> master_joe: "Fuck you." "Cunt, ass, and mouth."
> Sarah:"Oh wow Ass might huttt"
> Sarah: "Hurt but everything else sounds great"
> master_joe: "I want it to hurt you when I do." "And you'll love it."

Later Master Joe told the ten year-old female she would love nipple clamps and bondage. On Whatsapp, the OCE persona Becca mentioned the ten year old was looking for pornography that featured people her age. Joe wrote, "It's hard to get to." And "Requires bit coin, and access to the dark web." And Becca replied, "Waaaaay beyond my skills" to which Joe replied, "Right, until I teach you."

15. On January 27th, 2020 Master Joe exchanged the following chats with OCE persona Sarah:

> master_joe: "I might even make you pee in her mouth. ☺"
> Sarah: "Ewww" and "Gross".
> master_joe: "Done right shell love it, and so will you. ☺".
> master_joe: "Do you ever make yourself cum or just when mom eats you?",
> Sarah: "Both" "I can rub myself and make melt self cum".
> master_joe: "You need to start asking permission to cum." "Like mom is doing."

16. On February 4th, 2020 Joe exchanged the following chats with OCE persona Becca:

> master_joe: "I picture earlier, fucking her mouth with you rimming me, her pulling my ass cheeks apart to give you better access and you gripping her hair and fucking me with her head."
> Becca: "Oh my god that's so fucking hot"
> master_joe: "Isn't it."
> Becca:"Yes".

> master_joe: "And I explain to you both, if she let's my ass close I'll whip her, and her teeth touch my cock I'll whip you."
> master_joe: "I hope to be in my own place by next week."
> Becca: "Where are you now?"
> master_joe: "Hotels, or borrowing my daughter's spare room." "She knows I own slaves."

Joe went on to say he told her when she was eighteen years-old but the two of them had never played with each other. Joe wrote, "She has never been my type." And "Her or my grand daughter."

17. On February 5th, 2020 Master Joe exchanged the following with OCE persona Sarah:

> master_joe: "Your mom and I are meeting in 8 days." "The night before my birthday."
> Sarah: "Happy birthday!!!!!"
> master_joe: "She is going to bring me pictures of you." Rah: "Show me just how adult you can be taking them."
> Sarah: "I will You're gonna love em".

18. On February 6th, 2020 Joe had the following chat with OCE persona Becca:

> master_joe: "I found a house by the way." "Real nice. Lots of space." "In rockville md."
> master_joe: "I should be moving in mid week."

19. On February 8th, 2020 Joe had the following exchange with OCE persona Becca:

> master_joe: "Does she understand that she will never have boyfriends?" "That she will be mine and mine alone?"
> Becca: "You don't want her to date when she becomes a teenager?"
> master_joe: "No. I plan her to be my slave for life."
> Becca: "Mmmmmm You will still share her with me though, right?"
> master_joe: "With my permission, of course."

20. On February 9th, 2020 Joe and OCE Persona Becca had the following chat:

> master_joe: "What kind of car do you drive?"
> Becca: "It's a maroon Mazda. What do you drive
> master_joe: "Real Prius." "Teal".

21. On February 10th, 2020 Master Joe had the following chat with OCE persona Sarah:

> master_joe: "You know the first time I take you will hurt a lot, and I will make it hurt all I can?".
> Sarah: "Why will it hurt"
> master_joe: "I will be ripping your hymen."
> Sarah: "Oh k" "Y do u want to make it hurt all u can"
> master_joe: "So I will make it hurt in different ways, because it will not make it worse for you and I'll love it so much more."
> master_joe: "I have a hard cock thinking about hurting you."
> Sarah: "Ya"
> master_joe: "I cant wait to shove it up your tight little ass."
> master_joe: "The more you take, the more you want, the more sick and twisted you are, the more I'll love you."

22. On February 13th, 2020 Joe was set to meet with the OCE persona Becca but the meeting was cancelled by the OCE. They had the following chat exchange:

> Becca: "I still need to see if my neighbor can watch Sarah" "I'm so fucking mad right now" and Joe replied, "I'll watch her. :)".

The OCE refused because they had not yet met.

> master_joe: "I'll even send you a copy of my license."

The next message sent by Joe was a picture of a Virginia driver's license belonging to a white male named Joseph Bryant. The OCE repeatedly refused to let Joe watch the ten year-old female.

> master_joe: "Just talking to you openly could land me in jail."

Later in the conversation the OCE and Joe agreed to meet on February 20th, 2020

> master_joe: "I might try to write a story about you having let me baby sit tonight. ;)".
> Becca: "That would be great to read I didn't know you wrote stories?"
> master_joe: "I havn't before, but you inspire me. :)"

23. On February 16th, 2020 Master Joe had the following exchange with OCE persona Sarah:

master_joe: "I'm writting a story about it."
Sarah: "Can I read it"
master_joe: "When I'm done.
master_joe: "Well, I just finished the part where I RIP your panties off so I can spank you more on your bare ass. ☺" and "Running a finger down the crack of your ass, around your little hole, then down and around your cunt, ending by rubbing your clit."
Sarah: "That's what we would have done?  Now I'm really mad she didn't let u watch me"
master_joe: "We would have done a lot more then that."
master_joe: "We would have done a lot more then that."
Sarah:"K"
master_joe: "Having a ten year old virgin as my slave has been my second biggest fantasy my entire life." "The biggest, having her and her mother."
Sarah: "What do u wanna do Thursday"
master_joe: "I want your mom to put my hard cock in you for the first time."

24. On February 17th, 2020 in reference to his story concerning what he would have done had he babysat Sarah on the night of February 13th, 2020 Joe wrote, "I would have sent it, but its downstairs on my computer." Becca replied, "Ok Are you in goochland?" and Joe wrote, "No. Rockville md."

25. On February 18th, 2020 Joe sent his completed story to the OCE persona "Becca" on Whatsapp. The story details how a sixty year-old man came over to a child's house and sexually exploited her with the help of the child's mother.

26. Between January 16th, 2020 and February 19th, 2020, investigators obtained personally identifiable information from "master_joe_2000"'s Alt.com profile and from information volunteered during the chat sessions. "master_joe_2000" revealed that he lived in Goochland, Virginia and later Rockville, Maryland, that his first name is "Joe", that his birthdate is February 14th, 1959, that his phone number is (717) 448-4343, and that he was previously employed by Capital One. Agents also obtained pictures of the suspect from the chat sessions themselves. Upon receipt of this information, agents utilized open source and FBI databases to identify the suspect as JOSEPH MARVIN BRYANT.

27. Investigators received subscriber data from Verizon for phone number (717) 448-4343. The results revealed the account belonged to JOSEPH BRYANT, registered on April 17th, 2010.

28. A query of the Department of Motor Vehicles (DMV) database revealed that JOSEPH MARVIN BRYANT holds a Virginia Driver's License, with an address of 2513 Crest Hollow Court, Goochland, Virginia, 23063, that matches the address included in the Verizon subscriber records. It also matches the picture of a Virginia Driver's License belonging to JOSEPH BRYANT that was sent on Whatsapp on February 13th, 2020. The picture on JOSEPH MARVIN BRYANT'S DMV record also appeared to be the same person from the pictures "master_joe_2000" sent during the chat sessions.

29. The DMV query stated JOSEPH MARVIN BRYANT owns a 2015 Toyota Prius with a Virginia tag of XPA7552 and "master_joe_2000" verified through chats he drives a teal Prius.

30. On February 20, 2020, law enforcement arrested JOSEPH MARVIN BRYANT when he appeared at the Wegmans grocery store located at 12501 Stone Village Way, Midlothian, Virginia, in the Eastern District of Virginia, which was the meeting spot arranged during messages between Joe and the OCE. Investigators took BRYANT into custody as he approached a vehicle in which the OCE had indicated they would be waiting. BRYANT drove up to the vehicle in a green 2015 Toyota Prius with Virginia tags XPA7552. Bryant stated that he traveled to that location from his place of employment in Bethesda, Maryland.

## CONCLUSION

31. Based on the information detailed above, I respectfully submit there is probable cause to charge JOSEPH MARVIN BRYANT with Aggravated Sex Abuse with Children, in violation of 18 U.S.C. § 2241(c).

Respectfully Submitted,

Cedric Jefferson, Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me this 21 day of February 2020.

/s/
Roderick C. Young
United States Magistrate Judge